UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| YUSUFU TOURAY, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | No. 3:05-0501<br>(Crim. No. 3:04cr0104)<br>Judge Trauger |

O R D E R

The court has before it a motion to vacate, set aside, or correct a sentence filed by a *pro se* prisoner pursuant to 28 U.S.C. § 2255. (DE # 1)

As provided by the Memorandum entered contemporaneously herewith, the motion and record of prior proceedings clearly show that the movant is not entitled to relief. Because the motion is without merit, it is DENIED and this action is DISMISSED. Rules 8(a) – Section 2255 Proceedings. Because the movant is not entitled to relief under § 2255, his motion to stay the instant proceedings (DE # 26) is DENIED as moot.

Should the movant file a timely notice of appeal from this Order, such notice shall be docketed as both a notice of appeal and an application for a certificate of appealability, 28 U.S.C. § 2253(c); Rule 22(b), Fed. R. App. P.; *see Slack v. McDaniel*, 529 U.S. 473, 483 (2000), which will NOT issue because the movant has failed to make a substantial showing of a violation of a constitutional right, *see Castro v. United States of America*, 310 F.3d 900, 901 (6th Cir. 2002).

Entry of this Order shall constitute the judgment in this action.

It is so ORDERED.

Aleta A. Trauger
United States District Judge